ORIGINAL

DANIEL F. S. LEE  673
500 Ala Moana Boulevard
Suite 3-403
Honolulu, HI  96813
Telephone:  537-1233
Facsimile:  537-1412

Attorney for Plaintiffs/
 Counterclaim Defendants
 EURUS GENOMICS, INC. and
 DANA ICHINOTSUBO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 7 2007

at  9  o'clock and  10  min  A  M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EURUS GENOMICS, INC., a Delaware corporation, and DANA ICHINOTSUBO, | CIVIL NO. 06-00651 SOM-LEK |
| Plaintiffs, | PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT FILED DECEMBER 6, 2006, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT (FILED JANUARY 11, 2007). |
| vs. | |
| GENESYS TECHNOLOGIES, INC., a Japan corporation, and TOSHIAKI SUZUKI, | |
| Defendants. | |
| and | |
| GENESYS TECHNOLOGIES, INC., | |
| Counterclaim Plaintiff, | |
| vs. | |
| EURUS GENOMICS, INC. and DANA ICHINOTSUBO, | HEARING:<br>Date:  March 12, 2007<br>Time:  10:30 a.m. |
| Counterclaim Defendants. | Judge:  Susan Oki Mollway |

2007\0201-1.eur

(CERTIFICATE OF SERVICE ATTACHED)

PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS COMPLAINT
FILED DECEMBER 6, 2006, OR IN THE ALTERNATIVE,
MOTION FOR A MORE DEFINITE STATEMENT
<u>(FILED JANUARY 11, 2007)</u>

Plaintiffs Eurus Genomics, Inc. and Dana Ichinotsubo (collectively "EURUS") hereby file this opposition to Defendants' motion captioned "Motion to Dismiss Complaint Filed December 6, 2006, or in the Alternative, Motion for a More Definite Statement" filed January 11, 2007. For the following reasons, Plaintiffs respectfully request that Defendants' Motion be denied in its entirety.

Defendants argue that there is no basis for the Complaint; or alternatively, they do not understand what the issues pled in the Complaint are. The mere fact that Defendants could file an 82 paragraph "**COUNTERCLAIM**" (as opposed to an independent and unrelated Complaint) belies their assertions. Defendants know full well that the issues stated in the Complaint are directly related to the issues alleged in their Counterclaim. For this simple reason alone, Defendants' Motion must be denied.

Defendants' assertion that they are unaware of any contracts is again belied by their own pleadings. Eurus expressly informed Defendants of its contractual relationships with Dr. Cadman, Orion (the party to which Defendants acknowledge that EURUS suggested the obligations under "Project I" be transferred.

Defendants are also aware of Mr. Ichinotsubo's role as President of Antara BioSciences, a company co-founded by, inter alia, the parties to this litigation. In the weeks preceding the filing of the original Complaint, Mr. Suzuki conducted himself in

2

an unprofessional manner, threatening to disrupt the Plaintiffs' respective business interests and, as he was told, his actions would cause harm to Antara BioSciences due to the fact that Suzuki's threats to come to Hawaii and disrupt the status quo, would, and indeed did, prevent Mr. Ichinotsubo from attending previously scheduled meetings at Antara's headquarters in Mountain View, CA -- meetings with both external parties and a previously scheduled Board of Directors meeting.

Defendants' feigned ignorance should neither be condoned nor rewarded by this Court entertaining their Motion. Although riddled with inaccuracies, their Counterclaims provide demonstrable proof that, of the various interactions and relationships between the Parties, they knew precisely which ones were at issue; i.e., Defendants were clearly put on notice as to what the issues of the Complaint pertained to, doing so in sufficiently detailed information so as to enable Defendants to draft an 82 paragraph Counterclaim.

Plaintiffs do not contest the recitations of law but, instead, urge this Court to see that they are inapposite. The facts of this case bear out the weaknesses and, indeed, falsity of the allegations of Defendants' Motion.

For the foregoing reasons, Plaintiffs request that the Court deny Defendants' Motion in its entirety, thereby allowing the Parties to more properly focus

their efforts on reaching a resolution of these issues in a timely manner.

DATED:   Honolulu, Hawaii, February __7__, 2007.

Respectfully submitted,

_____
DANIEL F. S. LEE

Attorney for Plaintiffs/
  Counterclaim Defendants
  EURUS GENOMICS, INC. and
  DANA ICHINOTSUBO

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing in the above-entitled matter by mail, postage prepaid, at the United States Post Office in Honolulu, Hawaii, on this __7th__ day of February, 2007 on:

    DUANE R. MIYASHIRO, ESQ.
    JOHN P. DOBROVICH, JR., ESQ.
    Carlsmith Ball LLP
    ASB Tower, Suite 2200
    1001 Bishop Street
    Honolulu, HI  96813

    Attorney for Defendants
        GENESYS TECHNOLOGIES, INC.
        and TOSHIAKI SUZUKI/
        Counterclaim Plaintiff
        GENESYS TECHNOLOGIES, INC.

DATED:   Honolulu, Hawaii, February __7__, 2007.

_____
DANIEL F. S. LEE

    Attorney for Plaintiffs/
        Counterclaim Defendants
        EURUS GENOMICS, INC. and
        DANA ICHINOTSUBO