DANIEL F. S. LEE  673
500 Ala Moana Boulevard
Suite 3-403
Honolulu, HI  96813
Telephone:  537-1233
Facsimile:   537-1412

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Telephone:  (202) 457-6496
Facsimile:    (202) 457-6315

Attorneys for Plaintiffs/
Counterclaim Defendants
EURUS GENOMICS, INC. and
DANA ICHINOTSUBO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| EURUS GENOMICS, INC., a Delaware corporation, and DANA ICHINOTSUBO, | ) ) ) | CIVIL NO. 06-00651 SOM-LEK |
| Plaintiffs, | ) ) | **PLAINTIFFS' INITIAL DISCLOSURES** |
| vs. | ) ) | |
| GENESYS TECHNOLOGIES, INC., a Japan corporation, and TOSHIAKI SUZUKI, | ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| GENESYS TECHNOLOGIES, INC., | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| vs. | ) ) | |
| EURUS GENOMICS, INC. and DANA ICHINOTSUBO, | ) ) ) | |
| Counterclaim Defendants. | ) ) | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, plaintiffs, Eurus Genomics, Inc. and Dana Ichinotsubo, make the following initial disclosures. Plaintiffs reserve the right to amend, modify or supplement these disclosures as discovery in the case progresses.

**A.     Fed. R. Civ. P. 26(a)(1)(A):  Individuals Likely To Have Discoverable Information**

The following individuals are likely to have discoverable information. Plaintiffs reserve their right to supplement or amend this list as discovery proceeds.

Dana Ichinotsubo
c/o Richard J. Oparil
Patton Boggs LLP
2550 M Street NW
Washington, DC  20037
(202) 457-6496

> Mr. Ichinotsubo, an officer of Eurus Genomics, Inc., is knowledgeable regarding agreements and communications with defendants, the injury to plaintiffs, and work that Eurus performed for Genesys. He also an officer, director and shareholder of Antara Biosciences, Inc. ("Antara").

Dory Ichinotsubo
c/o Richard J. Oparil
Patton Boggs LLP
2550 M Street NW
Washington, DC  20037
(202) 457-6496

> Ms. Ichinotsubo, an officer of Eurus Genomics, Inc., is knowledgeable regarding agreements and communications with defendants, and the injury to plaintiffs.

Toshiaki Suzuki
Genesys Technologies, Inc.
c/o Duane R. Miyashiro, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 220
1001 Bishop Street
Honolulu, HI 96813

> Suzuki, a shareholder, director and officer of Genesys, may be knowledgeable regarding the acts and omissions of the defendants, and agreements and

communications with plaintiffs. Suzuki also owns approximately 21,000 shares of Antara.

Dr. Masahiko Maekawa
Genesys Technologies, Inc.
c/o Duane R. Miyashiro, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 220
1001 Bishop Street
Honolulu, HI 96813

    Dr. Maekawa was an executive of Tanabe. He is now an adviser for Genesys. He reviewed rheumatoid arthritis data generated in Hawaii for Tanabe Seiyaku, a pharmaceutical company located in Osaka, Japan. He also has knowledge regarding data that Eurus provided to Genesys. Maekawa received from Genesys approximately 1,000 Antara shares.

Representatives of Tanabe Seiyaku Co., Ltd.
2-10 Dosho Machi 3-chome
Chuo-ku, Osaka, 541-8505

    Tanabe Seiyaku may have knowledge regarding communications between Tanabe, Centocor, and Eurus regarding the alleged project for Genesys involving Remicade. It may also have knowledge concerning communications with representatives of Centocor, Dr. Ken Arakawa, and any other doctor in Hawaii regarding the use of Remicade.

Kenji Shiraki
Genesys Technologies, Inc.
c/o Duane R. Miyashiro, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 220
1001 Bishop Street
Honolulu, HI 96813

    Shiraki was or is a shareholder, director and/or officer of Genesys. He may be knowledgeable regarding the acts and omissions of the defendants, and agreements and communications with plaintiffs. Genesys provided Shiraki with approximately 1,000 shares of Antara stock.

Katsuhiko Ito
Genesys Technologies, Inc.
c/o Duane R. Miyashiro, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 220
1001 Bishop Street
Honolulu, HI 96813

    Mr. Ito was or is a shareholder, director and/or officer of Genesys. He may be knowledgeable regarding the acts and omissions of the defendants, agreements and communications with plaintiffs, and work that Eurus performed for Genesys. Genesys provided Ito with approximately 1,000 shares of Antara stock.

Kozo Kawahara
World Fusion
Genesys Technologies, Inc.
c/o Duane R. Miyashiro, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 220
1001 Bishop Street
Honolulu, HI 96813

    Mr. Kawahara initiated the first discussion between Genesys and Eurus in Hawaii and in Japan. He may be knowledgeable regarding the acts and omissions of the defendants, and agreements and communications with plaintiffs.

K. Kojima
Genesys Technologies, Inc.
c/o Duane R. Miyashiro, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 220
1001 Bishop Street
Honolulu, HI 96813

    Mr. Kojima was or is a shareholder, director and/or officer of Genesys. He may be knowledgeable regarding the acts and omissions of the defendants, agreements and communications with plaintiffs, and work that Eurus performed for Genesys. Mr. Kojima did not receive any shares of Antara stock.

Dr. Nobuhiro Gemma
Chief Research Scientist
Toshiba Corporation
1, Komukai-Toshiba-cho
Saiwai-ku, Kawasaki, 212-8582, Japan

Dr. Gemma may be knowledgeable about discussions that he had with Suzuki regarding Eurus' involvement in rheumatoid arthritis research and the use of a Toshiba machine to conduct such research in Japan and Hawaii. Gemma was involved in negotiating a license agreement between Antara and Toshiba.

Hiroshi Ohno
Genesys Technologies, Inc.
c/o Duane R. Miyashiro, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 220
1001 Bishop Street
Honolulu, HI 96813

> Mr. Ohno is a shareholder and/or director of Genesys. He may be knowledgeable regarding the acts and omissions of the defendants, and agreements and communications with plaintiffs. Ohno also owns shares in Antara. Ohno falsely represented to Antara that he was a licensed broker in Japan to be paid a commission to find investors in Antara.

Dr. Naoyuki Kamatani
Institute of Rheumatology
Tokyo Women's Medical University
10-22 Kawada-cho, Shinjuku-ku,
Tokyo, Japan

> Dr. Kamatani has conducted data analysis for Toshiba. He was or is a consultant or has some other relationship to Genesys. He may have knowledge regarding the alleged projects for Genesys and Tanabe.

Mr. Kawano
UFJ Tsubasa HOC
Genesys Technologies, Inc.
c/o Duane R. Miyashiro, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 220
1001 Bishop Street
Honolulu, HI 96813

> Mr. Kawano is an outside investor in Genesys. He has met with Eurus in Hawaii and may be knowledgeable regarding the acts and omissions of the defendants, and agreements and communications with plaintiffs.

Mr. M. Sato
KK Ant Factory
Genesys Technologies, Inc.
c/o Duane R. Miyashiro, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 220
1001 Bishop Street
Honolulu, HI 96813

>Mr. Sato is an outside investor in Genesys. He has met with Eurus in Hawaii and may be knowledgeable regarding the acts and omissions of the defendants, and agreements and communications with plaintiffs.

Mr. Miyoshi
MBL VC – Ant Factory
c/o Genesys Technologies, Inc.
Duane R. Miyashiro, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 220
1001 Bishop Street
Honolulu, HI 96813

>Mr. Miyoshi is an outside investor and advisor in Genesys. He has met with Eurus in Hawaii and may be knowledgeable regarding the acts and omissions of the defendants, and agreements and communications with plaintiffs.

Dr. Ken Arakawa
Queen's Physician Office Building II
1329 Lusitana Street, Suite 206
Honolulu, HI 96813

>Dr. Arakawa may have knowledge regarding his treatment of rheumatoid arthritis patients in Hawaii with Remicade, any data provided to Tanabe, and any discussion or disputes with Tanabe. He also may have knowledge regarding communications with Eurus regarding the alleged project for Genesys.

Dr. Eiichi Furuta
c/o Richard J. Oparil
Patton Boggs LLP
2550 M Street NW
Washington, DC 20037
(202) 457-6496

>Dr. Furuta is a Eurus consultant who may have knowledge regarding the alleged projects for Genesys.

Dr. Teruo Yamauchi
c/o Richard J. Oparil
Patton Boggs LLP
2550 M Street NW
Washington, DC  20037
(202) 457-6496

> Dr. Yamauchi is a Eurus consultant may have knowledge regarding the alleged projects for Genesys.

Dr. Alan Oki
c/o Richard J. Oparil
Patton Boggs LLP
2550 M Street NW
Washington, DC  20037
(202) 457-6496

> Dr. Oki is a Eurus consultant who may have knowledge regarding the alleged projects for Genesys.

Dr. David Curb
Orion BioScience LLP
Fort Street Tower, Suite 1600
Topa Financial Center
745 Fort Street Mall
Honolulu, HI  96813

> Dr. Curb may have knowledge regarding the alleged projects for Genesys.

Dr. Yutaka Ito
Genesys Technologies, Inc.
c/o Duane R. Miyashiro, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 220
1001 Bishop Street
Honolulu, HI 96813

> Dr. Ito may have knowledge regarding the alleged projects for Genesys.  He is a consultant to Genesys who met regularly with Eurus.  Ito received approximately 1,000 shares of Antara.

Representative of Centocor Inc.
800/850 Ridgeview Drive
Horsham, PA 19044

Centocor may have knowledge regarding communications between Centocor and Eurus regarding the alleged project for Genesys involving Remicade. It may also have knowledge concerning communications with representatives of Tanabe, including Maekawa.

Representative of Eurus Genomics, K.K.
8-18-4 Ginza, Higashi Ginza Bldg., 7F Chuo-ku
Tokyo Japan

Eurus Genomics, K.K. may have knowledge regarding communications with Genesys (including Suzuki).

**B.     Fed. R. Civ. P. 26(a)(1)(B):  Documents**

Plaintiffs have possession, custody or control of the following categories of documents that may support its claims.

1. Agreements with defendants.

2. Communications to and from the defendants.

3. Documents pertaining to the defendants.

C.     Fed. R. Civ. P. 26(a)(1)(C):  Computation of Damages

Plaintiffs seek compensatory damages in an amount to be determined at trial in excess of $75,000, and expenses in this action, including reasonable attorneys' fees. Plaintiffs are still investigating the extent of damages and will supplement when further information becomes available. The costs of the action, including reasonable attorneys' fees, will be determined at the conclusion of the litigation.

**D.     Fed. R. Civ. P. 26(a)(1)(D):  Insurance Agreements**

Not applicable.

Dated: May 1, 2007         Respectfully submitted,

*Richard J. Oparil*
_____
Daniel F. S. Lee  673
500 Ala Moana Boulevard
Suite 3-403
Honolulu, HI  96813
(808) 537-1233
(808) 537-1412 (fax)

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)

Attorneys for Plaintiffs/Counterclaim Defendants
Eurus Genomics, Inc. and Dana Ichinotsubo

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served on May 1, 2007 by email on the following:

    Duane R. Miyashiro, Esq. (dmiyashiro@carlsmith.com)
    John P. Dobrovich, Jr., Esq. (jdobrovich@carlsmith.com)
    Carlsmith Ball LLP
    ASB Tower, Suite 2220
    1001 Bishop Street
    Honolulu, HI 96813

_/s/ Richard J. Oparil_
Daniel F.S. Lee
Richard J. Oparil

4880326