CARLSMITH BALL LLP

DUANE R. MIYASHIRO    6513-0
JOHN P. DOBROVICH, JR.    8531-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
Email: dmiyashiro@carlsmith.com
       jdobrovich@carlsmith.com

Attorneys for Defendant/Counterclaim Plaintiff
GENESYS TECHNOLOGIES, INC. and
Defendant TOSHIAKI SUZUKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EURUS GENOMICS, INC., a Delaware corporation, and DANA ICHINOTSUBO,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GENESYS TECHNOLOGIES, INC., a Japan corporation, and TOSHIAKI SUZUKI,<br><br>    Defendants. | CIVIL NO. 06-00651 SOM-LEK<br><br>DEFENDANTS GENESYS TECHNOLOGIES, INC. AND TOSHIAKI SUZUKI'S AMENDED INITIAL DISCLOSURES; CERTIFICATE OF SERVICE<br><br>Trial Date: March 4, 2008<br><br>[CAPTION CONTINUED] |

GENESYS TECHNOLOGIES, INC.,

    Counterclaim Plaintiff,

vs.

EURUS GENOMICS, INC. and DANA ICHINOTSUBO,

    Counterclaim Defendants.

**DEFENDANTS GENESYS TECHNOLOGIES, INC. AND TOSHIAKI SUZUKI'S AMENDED INITIAL DISCLOSURES**

Defendants Genesys Technologies, Inc. ("Genesys") and Toshiaki Suzuki (collectively referred to as "Defendants"), by and through their attorneys, Carlsmith Ball LLP, submit their Amended Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

I.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Defendants hereby disclose the names of the following individuals likely to have discoverable information that it may use to support their claims or defenses, unless solely for impeachment.

    1.    Robert Bunda
          Hawaii State Capitol, Room 202
          415 South Beretania Street
          Honolulu, Hawaii 96813

Mr. Bunda is believed to have information about representations made by Eurus and Mr. Ichinotsubo regarding the agreements between the parties to this matter.

2. Dr. Edwin Cadman
   2954 Makalei Place
   Honolulu, Hawaii 96813

Dr. Cadman is believed to be knowledgeable regarding agreements and communications between the parties, the injuries to Defendants, and the work that Mr. Ichinotsubo and Eurus failed to perform for Defendants.

3. Dr. David Curb
   3939 Nuuanu Pali Drive, Apt. H
   Honolulu, Hawaii 96817

Dr. Curb is believed to be knowledgeable regarding agreements and communications between the parties, the injuries to Defendants, and the work that Mr. Ichinotsubo and Eurus failed to perform for Defendants.

4. Dr. Eiichi Furuta
   1650 Kanunu Street, Apt. 1211
   Honolulu, Hawaii 96814

Dr. Furuta is believed to be knowledgeable regarding agreements and communications between the parties, the injuries to Defendants, and the work that Mr. Ichinotsubo and Eurus failed to perform for Defendants. He is believed to have been responsible for collecting blood samples relating to the agreements between the parties.

5. Dana Ichinotsubo
   c/o Daniel F.S. Lee, Esq.

Mr. Ichinotsubo, an officer of Eurus Genomics, Inc. ("Eurus"), is knowledgeable regarding agreements and communications between the parties, the injuries to Defendants, and the work that he and Eurus failed to perform for Defendants.

6. Dr. Alan Oki
   2174 Ahaku Place
   Honolulu, Hawaii 96821

Dr. Oki is believed to be knowledgeable regarding agreements and communications between the parties, the injuries to Defendants, and the work that Mr. Ichinotsubo and Eurus failed to perform for Defendants. He is believed to

have been responsible for collecting blood samples relating to the agreements between the parties.

> 7. Jennifer Kimbell
> c/o Eurus Genomics, Inc.
> 500 Ala Moana Blvd.
> Water Front Tower 3
> Honolulu, Hawaii 96813

Ms. Kimbell is or was an employee of Orion Bioscience. She is believed to be knowledgeable regarding agreements between the parties, the injuries to Defendants, and the work that Mr. Ichinotsubo and Eurus failed to perform for Defendants.

> 8. Masahiko Maekawa
> 16-89 Kashima 3-chome
> Yodogawa-ku, Osaka, Japan

Mr. Maekawa is believed to have information about representations made by Eurus and Mr. Ichinotsubo regarding the agreements between the parties to this matter.

> 9. Toshimi Miyoshi
> 5th Floor Tolyo Marine Building Shinkan
> 1-2-1 Marunouchi
> Chiyoda-ku, Tokyo, Japan

Mr. Miyoshi is believed to have information about representations made by Eurus and Mr. Ichinotsubo regarding the agreements between the parties to this matter.

> 10. Akira Shirakawa
> c/o Genesys Technologies, Inc.
> Fujisawa-Komozen, Bldg. 4F
> 1-1-17 Kugenuma-Ishigami
> Fujisawa, Kanagawa, Japan

Mr. Shirakawa is believed to have information about representations made by Eurus and Mr. Ichinotsubo regarding the agreements between the parties to this matter.

11. Dr. Nobuhiro Gemma
    1 Komukai Toshiba-chou
    Saiwai-ku, Kawasaki, Kanagawa, Japan

Dr. Gemma is believed to have information about representations made by Eurus and Mr. Ichinotsubo regarding the agreements between the parties to this matter.

12. Mikio Sato
    5th Floor Tolyo Marine Building Shinkan
    1-2-1 Marunouchi
    Chiyoda-ku, Tokyo, Japan

Mr. Sato is believed to have information about representations made by Eurus and Mr. Ichinotsubo regarding the agreements between the parties to this matter.

13. Takakiyo Kawano
    5-5-2 Minatojima-minamimachi
    Chuo-ku, Kobe, Japan

Mr. Kawano is believed to have information about representations made by Eurus and Mr. Ichinotsubo regarding the agreements between the parties to this matter.

14. Toshiaki Suzuki
    c/o Genesys Technologies, Inc.
    Fujisawa-Komozen, Bldg. 4F
    1-1-17 Kugenuma-Ishigami
    Fujisawa, Kanagawa, Japan

Mr. Suzuki is a shareholder, director and officer of Genesys. Mr. Suzuki is knowledgeable regarding agreements and communications between the parties, the injuries to Defendants, and the work that Mr. Ichinotsubo and Eurus failed to perform for Defendants.

II. <u>DOCUMENTS</u>

Defendants may rely on the following additional documents, data compilations, and/or tangible things to support their claims or defenses, unless solely for impeachment:

1.     The Eurus Genomics, Inc. and Genesys Technologies, Inc. Agreement, dated February 15, 2005, entered into by and between Eurus Genomics, Inc. and Genesys Technologies, Inc. ("Project I").

2.     First Amendment to Eurus Genomics, Inc. and Genesys Technologies, Inc. February 15, 2005 Agreement, dated June 21, 2005, entered into by and between Eurus Genomics, Inc. and Genesys Technologies, Inc. ("Amendment").

3.     The Eurus Genomics, Inc. and Genesys Technologies, Inc. Agreement, dated June 15, 2005, entered into by and between Eurus Genomics, Inc. and Genesys Technologies, Inc. ("Project II").

4.     The "Agreement Between Eurus Genomics, Inc. and Genesys Technologies, Inc.," entered on or about June 30, 2005, signed by Dana Ichinotsubo and "endorsed" by Hiroshi Mizushima ("Project III").

5.     Correspondence between Messrs. Ichinotsubo and Suzuki, including letters and emails.

III.    COMPUTATION OF DAMAGES

Defendants seek reimbursement of the Nine Hundred Thousand ($900,000 U.S.D.) Dollars that Defendants invested in Project I, the Amendment, Project II and Project III along with their attorneys' fees and costs incurred herein.

Defendants also seek damages for lost business opportunity, and will supplement their disclosures in accordance with the Fed. R. Civ. P. 26(e).

DATED: Honolulu, Hawaii, May 14, 2007.

/s/ John P. Dobrovich, Jr.
DUANE R. MIYASHIRO
JOHN P. DOBROVICH, JR.

Attorneys for Defendant/Counterclaim Plaintiff
GENESYS TECHNOLOGIES, INC. and
Defendant TOSHIAKI SUZUKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EURUS GENOMICS, INC., a Delaware corporation, and DANA ICHINOTSUBO,<br><br>Plaintiffs,<br><br>vs.<br><br>GENESYS TECHNOLOGIES, INC., a Japan corporation, and TOSHIAKI SUZUKI,<br><br>Defendants. | CIVIL NO. 06-00651 SOM-LEK<br><br>CERTIFICATE OF SERVICE |
| GENESYS TECHNOLOGIES, INC.,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>EURUS GENOMICS, INC. and DANA ICHINOTSUBO,<br><br>Counterclaim Defendants. | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served upon the following parties on this date as indicated below:

|  | Electronically through CM/ECF | U.S. Mail |
|---|---|---|
| DANIEL F.S. LEE, ESQ.<br>500 Ala Moana Boulevard, Suite 3-403<br>Honolulu, Hawaii 96813<br><br>and<br><br>RICHARD J. OPARIL, ESQ.<br>Patton Boggs LLP, ESQ.<br>2550 M Street, NW<br>Washington, DC  20037 | roparil@pattonboggs.com | X |

Attorneys for Plaintiffs/Counterclaim Defendants
EURUS GENOMICS, INC. and DANA ICHINOTSUBO

DATED:  Honolulu, Hawaii, May 14, 2007.

/s/ John P. Dobrovich, Jr.
DUANE R. MIYASHIRO
JOHN P. DOBROVICH, JR.

Attorneys for Defendant/Counterclaim Plaintiff
GENESYS TECHNOLOGIES, INC. and
Defendant TOSHIAKI SUZUKI